MARY A. DAVIS, as Executrix of SARAH F. LE BLANC, Deceased, Appellant, *v.* TITLE GUARANTEE AND TRUST COMPANY, Respondent.

(Argued May 28, 1936; decided July 8, 1936.)

*Edward H. Wilson* for appellant.

*W. H. L. Edwards, Richard S. Holmes* and *W. Crosby Roper, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.